In the Matter of the Intermediate Account of THE FIRST NATIONAL BANK AND TRUST COMPANY OF ELMIRA, as Administrator with the Will Annexed of JOSEPH W. HAMILTON, Deceased, Respondent; ADDIE L. HOAG and Others, Appellants.— Decree unanimously affirmed, with costs to the representative payable out of the estate. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

LYNN SPRAGUE, Individually and as Administrator, etc., of FRANK W. SPRAGUE, Deceased, Appellant, v. FRED W. MOTT, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

STANLEY B. SEVERANCE, Respondent, v. BURTON C. SEVERANCE and Another, Appellants.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the authority of Dougherty v. Salt (227 N. Y. 200); Blanshan v. Russell (32 App. Div. 103; affd., 161 N. Y. 629). Rhodes, Crapser and Bliss, concur; Hill, P. J., and Heffernan, J., dissent.

JERRED SMITH, as Administrator, etc., of MARY SMITH, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment modified by adjudging that plaintiff recover of the defendant the sum of $481.18, damages, together with $118.17, costs, amounting in all to $599.35, and as so modified judgment and order affirmed, with costs to the respondent. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

GLADYS M. ECCLESTON, as Administratrix, etc., of RAILTON J. ECCLESTON, Deceased, Respondent, v. BENEDICT GIFFORD, Appellant. RALPH M. JILLSON, Respondent, v. BENEDICT GIFFORD, Appellant.— Judgment and order unanimously affirmed, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELECTA STREEBEL, as Executrix, etc., of CHRISTIAN STREEBEL, Deceased, Respondent. JOHN STREEBEL, Appellant.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ. [151 Misc. 219.]